# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-05702

Sheriff's Sale Date: _____

v.

THOMAS P. SHARPE; et al.
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served THOMAS P. SHARPE the above process on the 26 day of December, 2016, at 2:36 o'clock, PM, at 57 VICAR LANE LEVITTOWN, PA 19054, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 46-50  Height 5'8  Weight 190  Race WHITE  Sex MALE  Hair BLONDE
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of Pa )
) SS:
County of Berks )

Before me, the undersigned notary public, this day, personally, appeared D'wayne Henriksson to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158098
Case ID #: 4774017

Subscribed and sworn to before me
this 27 day of Dec, 20 16.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017